■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES BOSTON, Appellant. [636 NYS2d 1012] —Appeal by the defendant from a judgment of the County Court, Westchester County (Murphy, J.), rendered March 2, 1995, convicting him of criminal sale of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is reversed, on the law, the defendant's plea is vacated, and the Superior Court Information is dismissed.

As the People correctly concede, the defendant's waiver of indictment failed to comply with CPL 195.20. Accordingly, the defendant's judgment of conviction is reversed, his plea is vacated, and the Superior Court Information is dismissed. Bracken, J. P., O'Brien, Ritter, Friedmann and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSCAR BRIGHT, Appellant. [636 NYS2d 1012] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated December 5, 1994 *(People v Bright,* 210 AD2d 244), affirming a judgment of the County Court, Suffolk County, rendered October 4, 1990, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Copertino, J. P., Pizzuto, Santucci and Florio, JJ., concur.